U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR 2 3 2015
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Texarkana Division

United States of America )
v. )
) Case No. 4:15MJ4002
JAY PATEL )
*Defendant* )

## CRIMINAL COMPLAINT

I, the Complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about September 2009 to on or about May, 2011, in the county of Nevada, in the Western District of Arkansas, the defendant, **JAY PATEL**, did knowingly and with intent to defraud, effect transactions with access devices, namely credit card account numbers belonging to Ryder Company, to receive payments totaling in excess of $1,000.00, said conduct affecting interstate commerce to wit: the defendant conducted unauthorized transactions at the Horizon Food Mart in Prescott, Arkansas, thereby obtained unauthorized payments in excess of $1,000.00 in fraudulent payments from Ryder Company, in violation of Title 18 U.S.C. § 1029(a)(5) and (c)(1)(a)(ii).

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Jeremy Ridenour
HSI Special Agent

Sworn to before me and signed in my presence.

Date: March 23, 2015

*Judge's signature*

City and State: Texarkana, Arkansas

Barry A. Bryant, U.S. Magistrate Judge
*Printed name and title*